**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DON JONES, | ) | NO. CV 10-01070 JFW (SS) |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| PAROLE REGION III, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\

\\\

\\\

\\\

\\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 27, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE