1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DON JONES,                    ) NO. CV 10-01070 JFW (SS)
                               )
12             Plaintiff,     )
                               )
13        v.                )      **JUDGMENT**
                               )
14  PAROLE REGION III, et al.,     )
                               )
15            Defendants.    )
   _____ )
16

17

18      Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED:    October 27, 2010

25                        _____

26                     JOHN F. WALTER
                     UNITED STATES DISTRICT JUDGE

27

28